<u>***ALEJANDRO JOEL REYES, ET AL. v. DOVER SEASIDE CLAM BAR; ET AL.***</u>

DOVER SEASIDE CLAM BAR INC.
11 Skyline Drive
Plainview, New York 11803

DOVER SANDS LLC d/b/a SANDS ON LIDO BEACH
710 Lido Blvd.
Lido Beach, New York 11561

DOVER SANDS INC.
710 Lido Blvd.
 Lido Beach, New York 11561

DOVER SANDS INC.
11 Skyline Drive
Plainview, New York 11803

DOVER MALIBU INC. d/b/a MALIBU SHORE CLUB and/or MALIBLUE
1500 Lido Blvd.
Lido Beach, New York 11561

DOVER MALIBU INC. d/b/a MALIBU SHORE CLUB and/or MALIBLUE
11 Skyline Drive
Plainview, New York 11803

DOVER "I QWFO GV'EQTR0
11 Skyline Drive
Plainview, New York 11803

ISAAC "BUTCH" YAMALI
c/o DOVER SEASIDE CLAM BAR INC.
11 Skyline Drive
Plainview, New York 11803

ISAAC "BUTCH" YAMALI
c/o DOVER SEASIDE CLAM BAR INC.
710 Lido Blvd.
Lido Beach, New York 11561