Index # **2:13cv2237**

Attorney(s):

Purchased/Filed: April 16, 2013

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

| | | |
|---|---|---|
| State of New York | U. S. District Court | Eastern Dist. County |

Alejandro Joel Reyes and Jose Salazar individually and on behalf of other persons similarly,

Plaintiff

against

Dover Seaside Clam Bar Inc., et al.,

Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 45 Yrs.

Weight: 140 Lbs.  Height: 5' 6"  Sex: Female  Color of skin: Black

Hair color: Black  Other: _____

_____Kyle Warner_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____July 10, 2013____, at __2:30 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served

Summons in a Civil Action & Complaint

on _____**Dover Malibu, Inc.**_____, the Defendant in this action, by delivering to and leaving with ____Tammy Alexander____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ____40.00____ dollars; That said service was made pursuant to Section ____BUSINESS CORPORATION LAW §306____.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

10th day of July 2013

_____/s/ Paula J. Cole_____
PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

_____/s/ Kyle Warner_____
Kyle Warner

Invoice•Work Order # 1311208

State of New York - Department of State
Receipt for Service

Receipt #: 201307110549
Date of Service: 07/10/2013
Service Company: 02 ALEXANDER POOLE & CO., INC. - 02

Cash #: 201307110474
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served: DOVER MALIBU, INC.

Plaintiff/Petitioner:
    REYES, ALEJANDRO JOEL

Service of Process Address:
DOVER MALIBU, INC.
27 ST. JOHN'S PLACE
FREEPORT, NY 11520

Secretary of State
By  TAMMY ALEXANDER

Index # **2:13cv2237**

Attorney(s):

Purchased/Filed: April 16, 2013

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York    U. S. District Court    Eastern Dist. County

Alejandro Joel Reyes and Jose Salazar individually and on behalf of other persons similarly,

Plaintiff

against

Dover Seaside Clam Bar Inc., et al.,

Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY    )

**DESCRIPTION OF PERSON SERVED:**  Approx. Age: 45 Yrs.

Weight: 140 Lbs.  Height: 5' 6"  Sex: Female  Color of skin: Black

Hair color: Black  Other: _____

___Kyle Warner___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___July 10, 2013___, at ___2:30 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served Summons in a Civil Action & Complaint

on ___**Dover Sands, Inc.**___, the Defendant in this action, by delivering to and leaving with ___Tammy Alexander___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40.00___ dollars; That said service was made pursuant to Section ___BUSINESS CORPORATION LAW §306___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this 10th day of July 2013

PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

Kyle Warner

**Invoice•Work Order #** 1311202

```
                    State of New York - Department of State
                              Receipt for Service

Receipt #:  201307110554                          Cash #:  201307110479
Date of Service:  07/10/2013                      Fee Paid:  $40 - CHECK
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
   CORPORATION LAW

Party Served:  DOVER SANDS INC.

Plaintiff/Petitioner:
        REYES, ALEJANDRO JOEL

Service of Process Address:
DOVER SANDS INC.
25 ST. JOHN'S PLACE
FREEPORT,  NY 11520

                                                  Secretary of State
                                                  By   TAMMY ALEXANDER
```

Index # **2:13cv2237**

Attorney(s):

Purchased/Filed: April 16, 2013

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

| State of New York | U. S. District Court | Eastern Dist. County |

Alejandro Joel Reyes and Jose Salazar individually and on behalf of other persons similarly,

Plaintiff

against

Dover Seaside Clam Bar Inc., et al.,

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 45 Yrs.

Weight: 140 Lbs.   Height: 5' 6"   Sex: Female   Color of skin: Black

Hair color: Black   Other:

Kyle Warner, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on July 10, 2013, at 2:30 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served Summons in a Civil Action & Complaint

on **Dover Seaside Clam Bar, Inc.**, the Defendant in this action, by delivering to and leaving with Tammy Alexander, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
10th day of July 2013

PAULA J. COLE
NOTARY PUBLIC, State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

Kyle Warner

**Invoice•Work Order #** 1311204

State of New York - Department of State
Receipt for Service

Receipt #:  201307110553
Date of Service:  07/10/2013
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Cash #:  201307110478
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS CORPORATION LAW

Party Served:  DOVER SEASIDE CLAM BAR, INC.

Plaintiff/Petitioner:
    REYES, ALEJANDRO JOEL

Service of Process Address:
DOVER SEASIDE CLAM BAR, INC.
27 ST. JOHNS PLACE
FREEPORT, NY 11520

Secretary of State
By  TAMMY ALEXANDER

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
ATTORNEY(S) LEEDS,BROWN LAW P.C. PH: 516-873-9550  
ONE OLD COUNTRY ROAD STE 347 CARLE PLACE, NY 11514 | MADELINE SCHWARTZ

Civil No: 13-cv-2237(LDW/GRB)  
Date Filed: 4-11-2013  
Court/Return Date:

**Alejandro Joel Reyes and Jose Salazar individually and on behalf of other persons similarly situated**

vs

*Plaintiff*

**Dover Seaside Clam Bar Inc.; Dover Sands LLC d/b/a Sands on Lido Beach; Dover Sands Inc.; Dover Malibu Inc. d/b/a Malibu Shore Club and/or Maliblue; Dover Gourmet Corp.; Isaac " Butch" Yamali; or any other related entity**

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

**Rick Cardace**, being sworn says:  
Deponent is not a party herein is over the age of 18 years and resides in the State of .

On **July 12, 2013**, at **10:45 am** at **710 Lido Blvd., Lido Beach, NY 11561**, Deponent served the within **Summons in a Civil Action and Class Action Complaint**

On: **Isaac "Butch" Yamali c/o Dover Seaside Clam Bar Inc.**, Defendant therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**  
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**  
By delivering to and leaving with  said individual to be  who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ **#3 SUITABLE AGE PERSON**  
By delivering thereat a true copy of each to **Tarek Mostafa (managing agent)** a person of suitable age and discretion. Said premises is subject's:[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**  
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☒ **#5 MAILING**  
On **July 18, 2013** , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**  
Sex: Male     Color of skin: White     Color of hair: Black   Age: 36 - 50 Yrs.  
Height: 5' 9" - 6' 0"     Weight: 161-200 Lbs. Other Features:

☐ **#7 WITNESS FEES**  
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#8 MILITARY SERVICE**  
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on July 18, 2013

Patricia Rothfritz  
NOTARY PUBLIC STATE OF New York  
01R06055503, Qualified in Nassau County  
Commission Expires February 26, 2015

Process Server, Please Sign  
Rick Cardace  
Job #: 1317860  Lic#  
Client's File No.:

INTERCOUNTY JUDICIAL SERVICES LLC, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501 LIC#1371771 PH. 516-248-8270, FAX 516-294-6225

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) LEEDS,BROWN LAW P.C. PH: 516-873-9550
ONE OLD COUNTRY ROAD STE 347 CARLE PLACE, NY 11514 | MADELINE SCHWARTZ

Civil Number: 2:13cv2237 (LDW/GRB)
Date Filed: 4-11-2013
Court/Return Date:

**Alejandro Joel Reyes and Jose Salazar individually and on behalf of other persons similarly situated**

vs

*Plaintiff*

**Dover Seaside Clam Bar Inc.; Dover Sands LLC d/b/a Sands on Lido Beach; Dover Sands Inc.; Dover Malibu Inc. d/b/a Malibu Shore Club and/or Maliblue; Dover Gourmet Corp.; Isaac " Butch" Yamali; or any other related entity**

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

Rick Cardace, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of .

On **July 12, 2013**, at **10:45 am** at **710 Lido Blvd., Lido Beach, NY 11561**, Deponent served the within **Summons in a Civil Action and Class Action Complaint**

On: **Dover Sands LLC d/b/a Sands On Lido Beach**, Defendant therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☒ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with **Tarek Mostafa** said individual to be **managing agent** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

**Address confirmation:**

☐ **#5 MAILING**
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Male      Color of skin: White      Color of hair: Black      Age: 36 - 50 Yrs.
Height: 5' 9" - 6' 0"      Weight: 161-200 Lbs.    Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on July 18, 2013

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
0 R06055503, Qualified in Nassau County
Commission Expires February 26, 2015

Process Server, Please Sign
Rick Cardace
Job #: 1317857   Lic#
Client's File No.:

INTERCOUNTY JUDICIAL SERVICES LLC, 85 WILLIS AVENUE, SUITE F, MINEOLA, NY 11501 LIC#1371771 PH. 516-248-8270, FAX 516-294-6225

Index # **2:13cv2237**

Attorney(s):

Purchased/Filed: April 16, 2013

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York      U. S. District Court      Eastern Dist. County

Alejandro Joel Reyes and Jose Salazar individually and on behalf of other persons similarly,

Plaintiff

against

Dover Seaside Clam Bar Inc., et al.,

Defendant

STATE OF NEW YORK ) 
COUNTY OF ALBANY ) SS 
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age: 45 Yrs.

Weight: 140 Lbs.   Height: 5' 6"   Sex: Female   Color of skin: Black

Hair color: Black   Other: _____

_____ Kyle Warner _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on July 10, 2013, at 2:30 pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served Summons in a Civil Action & Complaint

on **Dover Gourmet Corp.**, the Defendant in this action, by delivering to and leaving with Tammy Alexander, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this 10th day of July 2013

PAULA J. COLE 
NOTARY PUBLIC State of New York 
No. 01CO9042570, Albany County 
Commission Expires September 30, 2014

Kyle Warner

**Invoice•Work Order #** 1311207

```
                    State of New York - Department of State
                              Receipt for Service
```

Receipt #:  201307110552                          Cash #:  201307110477
Date of Service:  07/10/2013                      Fee Paid: $40 - CHECK
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:   DOVER GOURMET CORP.

Plaintiff/Petitioner:
            REYES, ALEJANDRO JOEL

Service of Process Address:
DOVER GOURMET CORP.
11 SKYLINE DR
PLAINVIEW,  NY 11803

                                                    Secretary of State
                                                    By  TAMMY ALEXANDER