# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873- 9550

_____ *Attorneys at Law* _____

Nov. 15, 2013

**_Via ECF_**
Magistrate Judge Gary R. Brown
United States District Courthouse
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    **Reyes et al. v. Dover Seaside Clam Bar, Inc. et al.**
             13-CV-2237 (LDW)(GRB)

Dear Judge Brown,

    This office represents the Named Plaintiffs and the opt-in Plaintiff[1] ("Plaintiffs") in the above-referenced case and write pursuant to Your Honor's electronic order dated Nov. 6, 2013 regarding a status update.

    Upon being served the complaint, Defendants extended an offer to engage in informal discovery and settlement discussions with Plaintiffs. To date, the parties have had several productive telephone and in-person settlement discussions – including the informal exchange of payroll records regarding the alleged underpayment of overtime. As a result of those discussions, the parties believe that they are close to an agreement on the terms of a settlement.

    Upon completion of our discussions and the execution of a formal agreement, the parties will submit the appropriate application to the Court for approval and/or dismissal. Should the Court have any further questions, the parties are available at the Court's convenience.

                                                                 Respectfully Submitted,

                                                                 Michael A. Tompkins

CC:    All Counsel of Record (via ECF)

---

[1] See Dkt. 8, the consent to join form of Mr. Eduardo Deras, which was filed on April 30, 2013.