# LEEDS BROWN LAW, P.C.

One Old Country Road, Ste. 347
Carle Place, NY 11514
(516) 873-9550

_____ *Attorneys at Law* _____

January 21, 2014

<u>*Via ECF*</u>
Honorable Magistrate Judge Gary Brown
Eastern District of New York
Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

       Re:    **<u>Reyes et al. v. Dover Seaside Clam Bar</u>**
                Case No. 12-CV-2237 (LDW)(GRB)

Dear Judge Brown,

      We represent the Named Plaintiffs and the opt-in Plaintiff Deras[1] in the above-referenced matter, and we write on consent of Defendants to respectfully request an adjournment of the initial conference scheduled for January 23, 2014. This is the parties' first request to adjourn the initial conference.

      The parties have agreed to a settlement in principle and are close to finalizing a draft of the agreement to memorialize the settlement. The parties will be filing the necessary paperwork with the Court within the next week or so to finalize the matter. Therefore, the parties respectfully request an adjournment of the initial conference sine die.

                                          Respectfully Submitted,

                                          _____/s/_____
                                          Michael A. Tompkins

---

[1] See Dkt. No. 8.